MR. JUSTICE HASWELL
(dissenting):
I dissent. In my view, the contract is a subterfuge to avoid compliance with Montana’s Liquor Control Act, hence illegal and should be declared void and unenforceable.
Section 4-410, R.C.M.1947, provides in effect, that every person owning an interest in a retail liquor business must appear on the license. The contract which is the subject of this suit sells the right to operate a retail liquor business and retain the profits to an unlicensed person. If this subterfuge is permitted to continue, transfers of retail liquor businesses to uninvestigated and unlicensed operators would effectively remove control of retail liquor establishments from the Montana Liquor Control Board.
I believe this is contrary to the purpose of the Montana Liquor Control Act, a violation of the public policy of state control of *509 retail liquor • establishments, and therefore the contract in question should be declared illegal, void and unenforceable.